1  John S. Letchinger *(Pro Hac Vice)*
   jletchinger@bakerlaw.com
2  **BAKER & HOSTETLER LLP**
   One North Wacker Drive, Suite 4500
3  Chicago, IL  60606-2841
   Telephone:  312.416.6206
4  Facsimile:   312.416.6260

5  Jared A. Brandyberry *(Pro Hac Vice)*
   jbrandyberry@bakerlaw.com
6  **BAKER & HOSTETLER LLP**
   1801 California Street, Suite 4400
7  Denver, CO  80202-2658
   Telephone:  303.764.4072
8  Facsimile:   303.861.7805

9  David H. Stern (SBN 196408)
   dstern@bakerlaw.com
10 Dyanne J. Cho (SBN 306190)
   dcho@bakerlaw.com
11 **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
12 Los Angeles, CA  90025-0509
   Telephone:  310.820.8800
13 Facsimile:   310.820.8859

14 *Attorneys for Defendant*
   THE VAIL CORPORATION
15

16          **IN THE UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
17

18 ASSOCIATED PRODUCTION          Case No.: 2:21-cv-04799 SB (Ex)
   MUSIC, LLC, a New York limited
19 liability company,             **DEFENDANT THE VAIL**
                                  **CORPORATION'S NOTICE OF**
20          Plaintiff,            **LODGING OF [PROPOSED]**
                                  **FINDINGS OF FACT AND**
21          v.                    **CONCLUSIONS OF LAW [L.R. 52]**
                                  Action Filed:    June 11, 2021
22 THE VAIL CORPORATION, a
   Colorado corporation; and DOES 1-10,   L.R. 16-2 Conference: Sept. 22, 2022
23 inclusive,
                                  Final Pretrial Conference:  Nov. 4,
24          Defendants.           2022 at 10:00 a.m.

25                                Trial Date:    Nov. 21, 2022
                                  Time:          8:30 a.m.
26                                Courtroom:     6C

27                                **COURT TRIAL**

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**PLEASE TAKE NOTICE THAT**, pursuant to L.R. 52, Defendant The Vail Corporation ("Vail") hereby lodges with the Court its Proposed Findings of Fact and Conclusions of Law attached hereto as Exhibit A.


Dated:  October 14, 2022          **BAKER & HOSTETLER LLP**


By:     */s/John S. Letchinger*
        John S. Letchinger (*pro hac vice*)
        David H. Stern
        Jared A. Brandyberry (*pro hac vice*)
        Dyanne J. Cho


*Attorneys for Defendant*
THE VAIL CORPORATION

- 2 -          DEFENDANT VAIL'S NOTICE OF
LODGING OF [PROPOSED] FINDINGS OF
FACT AND CONCLUSIONS OF LAW [L.R. 52]
CASE NO.: 2:21-CV-04799 SB (EX))