JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ASSOCIATED PRODUCTION MUSIC, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE VAIL CORPORATION et al.,<br><br>        Defendants. | Case No. 2:21-cv-04799-SB-E<br><br>ORDER DISMISSING CASE |

The parties have filed a stipulation to dismiss this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 50.  Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED.

Date: November 7, 2022

_____
    Stanley Blumenfeld, Jr.
  United States District Judge